**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:22-cr-185 |
| Myron Johnson, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on April 5, 2023, at 10:30 AM.  To participate, counsel shall call (877) 810-9415 and enter access code 8992581.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously

**IT IS SO ORDERED.**

Dated this 22nd day of March, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court